# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**JESSE M. CUNNINHAM, III,**

    Plaintiff,

v.                                             **Case No. 23-cv-337**

**NURSE ZERBST *et al.*,**

    Defendants.

## ORDER

On May 17, 2024, the defendants filed a motion to seal the records concerning a CHIPS action and termination of parental rights proceeding that *pro se* plaintiff Jesse M. Cunningham, III was involved in, which they submitted in support of their motion for summary judgment. (ECF No. 37.) "Documents that affect the disposition of federal litigation are presumptively open to public view, even if the litigants strong prefer secrecy, unless a statute, rule, or privilege justifies confidentiality." *In re Specht*, 622 F.3d 697, 701 (7th Cir. 2010).

The exhibits contain a lot of personally identifiable information and deals with information related to minor children. This information justifies protection. However, instead of sealing the documents, the court will simply restrict them, limiting their access only to the parties and appropriate court staff.

**IT IS HEREBY THEREFORE ORDERED** that the defendants' motion to seal (ECF No. 37) is **GRANTED in part and DENIED in part**. Instead of sealing the exhibits, the court will restrict them as described above.

Dated at Milwaukee, Wisconsin this 20th day of June, 2024.

BY THE COURT:

_____
NANCY JOSEPH
United States Magistrate Judge